IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MPEG LA, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-33 |
| ) | |
| ODS OPTICAL DISC SERVICES, INC., ) | **JURY TRIAL DEMANDED** |
| (f/k/a ODS BUSINESS SERVICES, INC.), and ) | |
| ODS BUSINESS SERVICES, LTD. ) | |
| ) | |
| Defendants. ) | |

## PRAECIPE

PLEASE ISSUE a summons for service of the Complaint for service of process upon defendant ODS Business Services, Ltd. as follows:

> ODS Business Services, Ltd.
> c/o Ray Wheeler, Managing Director
> Frankland Road
> Blagrove, Swindon SN5 8YG
> United Kingdom

In addition, please issue alias summonses for service of the Complaint for service of process upon the same defendant at the following addresses:

> ODS Business Services, Ltd.
> c/o Ray Wheeler, Managing Director
> ODS Building (Spectrum),
> Mead Way, Westlea,
> Swindon, Wiltshire, SN5 7UT
> United Kingdom

> ODS Business Services, Ltd.
> c/o Ray Wheeler, Managing Director
> 4 Woodside Terrace,
> Glasgow, G3 7UY
> United Kingdom

ODS Business Services, Ltd.
c/o Ray Wheeler, Managing Director
Hatfield House,
52-54 Stamford Street,
London, SE1 9LX
United Kingdom

OF COUNSEL:

Garrard R. Beeney
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Alexis DeVane
Sullivan & Cromwell LLP
1701 Pennsylvania Avenue, N.W.
Washington, DC 20006-5805
(202) 956-7500

Dated: January 19, 2007
773426 / 31121

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
   Richard L. Horwitz (#2246)
   David E. Moore (#3983)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, DE 19801
   Tel: (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

*Attorneys for Plaintiff MPEG LA, L.L.C.*