

# Potter
# Anderson
# &Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

January 19, 2007

**VIA HAND DELIVERY**

Dr. Peter T. Dalleo
Clerk of the Court
United States District Court
  for the District of Delaware
844 King Street
Wilmington, Delaware 19801

    Re:    MPEG LA, L.L.C. v. ODS Optical Disc Service, Inc., et al.
           C.A. No. 07-33

Dear Dr. Dalleo:

      Pursuant to Rule 4(f)(2)(C)(ii), I wish to serve process upon defendant ODS Business Services, Ltd. which is a United Kingdom corporation. Pursuant to this Rule, I am forwarding to you a copy of four (4) Summonses (three of which are alias Summonses), the Complaint, and the Magistrate Consent Form, which I wish to have you forward to the aforesaid non-resident defendant by registered mail, return receipt requested, at the following addresses:

ODS Business Services, Ltd.
c/o Ray Wheeler, Managing Director
Frankland Road
Blagrove, Swindon SN5 8YG
United Kingdom

ODS Business Services, Ltd.
c/o Ray Wheeler, Managing Director
ODS Building (Spectrum),
Mead Way, Westlea,
Swindon, Wiltshire, SN5 7UT
United Kingdom

Dr. Peter T. Dalleo
Clerk of the Court
January 19, 2007
Page 2

ODS Business Services, Ltd.
c/o Ray Wheeler, Managing Director
4 Woodside Terrace,
Glasgow, G3 7UY
United Kingdom

ODS Business Services, Ltd.
c/o Ray Wheeler, Managing Director
Hatfield House,
52-54 Stamford Street,
London, SE1 9LX
United Kingdom

I have also enclosed my Affidavit on service, pre-addressed envelopes and completed international forms for registered mail, return receipt requested.

    At the appropriate time, I will have an employee of Parcels, Inc. accompany your deputy to the Post Office with funds to pay for the costs of mailing of the documents. I understand that thereafter your office will take care of executing an Affidavit of Mailing to which the Post Office receipt will be attached along with a copy of the cover letter.

Respectfully,

David E. Moore

DEM:nmt/773375/31121
Enclosures
cc:    Garrard R. Beeney, Esquire (via email w/o enclosures)