IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MPEG LA, L.L.C., | ) |
|       Plaintiff, | ) ) ) |
| v. | ) C.A. No. 07-33 ) |
| ODS OPTICAL DISC SERVICES, INC., (f/k/a ODS BUSINESS SERVICES, INC.), and ODS BUSINESS SERVICES, LTD. | ) **JURY TRIAL DEMANDED** ) ) ) |
|       Defendants. | ) ) |

### AFFIDAVIT OF DAVID E. MOORE

| | |
|---|---|
| STATE OF DELAWARE | ) |
|  | ) SS. |
| COUNTY OF NEW CASTLE | ) |

David E. Moore, having been duly sworn does depose and say:

1. As a member of the Bar of this Court, I am an attorney and represent plaintiff MPEG LA, L.L.C., Inc. in the above-captioned action.

2. Defendant ODS Business Services, Ltd. is a United Kingdom corporation with principal places of business at c/o Ray Wheeler, Managing Director, Frankland Road, Blagrove, Swindon SN5 8YG, United Kingdom; c/o Ray Wheeler, Managing Director, 4 Woodside Terrace, Glasgow, G3 7UY, United Kingdom; c/o Ray Wheeler, Managing Director, Hatfield House, 52-54 Stamford Street, London, SE1 9LX, United Kingdom; c/o Ray Wheeler, Managing Director, ODS Building (Spectrum), Mead Way, Westlea, Swindon, Wiltshire, SN5 7UT, United Kingdom.

3. Plaintiff desires to serve process on defendant ODS Business Services, Ltd. pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii).

4.   I hereby certify under penalty of perjury that counsel have researched the issue and found that service of process by mail is an acceptable means of service in the United Kingdom.

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Garrard R. Beeney<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004<br>(212) 558-4000 | By: _____<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street |
| Alexis DeVane<br>Sullivan & Cromwell LLP<br>1701 Pennsylvania Avenue, N.W.<br>Washington, DC 20006-5805<br>(202) 956-7500 | Wilmington, DE 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| 773403 / 31121 | *Attorneys for Plaintiff MPEG LA, L.L.C.* |

SWORN TO AND SUBSCRIBED before me this 19th day of January, 2007.

_____
Notary Public