OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 19, 2007

ODS Business Services, Ltd.
c/o Ray Wheeler, Managing Director
Hatfield House,
52-54 Stamford Street,
London, SE1 9LX
United Kingdom

RE: MPEG LA LLC vs. ODS Optical Disc Services Inc. and ODS Business Services Ltd.

Civil No. 07-033 UNA

To Whom it May Concern:

Enclosed please find certified copies of Summons and Complaint. Also, enclosed is a Magistrate consent form.

This service is being made in accordance with 28 U.S.C. 1603-1611.

Very truly yours,

Ronald Golden
Deputy Clerk

Encls.

cc: David Ellis Moore
    Potter Anderson & Corroon, LLP
    1313 N. Market St., Hercules Plaza, 6th Flr.
    P.O. Box 951
    Wilmington, DE 19899-0951