OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 19, 2007

ODS Business Services, Ltd.
c/o Ray Wheeler, Managing Director
4 Woodside Terrace,
Glasgow, G3 7UY
United Kingdom

RE:  MPEG LA LLC vs. ODS Optical Disc Services Inc. and ODS Business
     Services Ltd.

     Civil No. 07-033 UNA

To Whom it May Concern:

     Enclosed please find certified copies of Summons and Complaint.
Also, enclosed is a Magistrate consent form.

     This service is being made in accordance with 28 U.S.C. 1603-1611.

                    Very truly yours,

                    Ronald Golden
                    Deputy Clerk

Encls.

cc:  David Ellis Moore
     Potter Anderson & Corroon, LLP
     1313 N. Market St., Hercules Plaza, 6th Flr.
     P.O. Box 951
     Wilmington, DE 19899-0951