IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MPEG LA LLC., | : |
|     Plaintiff, | : Civil No. 07-033 UNA |
|   v. | : |
| ODS Optical Disc Services Inc., and ODS Business Services Ltd., | : |
|     Defendants. | : |

### AFFIDAVIT

    I, Ronald Golden, being first duly sworn, deposed and say that pursuant to FRCvP 4(f)(2)(C)(ii), I did send on January 19, 2007 by Registered Mail to the following individuals to their respective address:

ODS Business Services, Ltd.
c/o Ray Wheeler, Managing Director
52-54 Stamford Street,
London, SE1 9LX
United Kingdom

copies of Summons, a complaint, and a Magistrate consent form in the above referenced case.

                                              */s/ Ronald Golden*
                                              Ronald Golden
                                              Deputy Clerk

Sworn to and subscribed before me
this 19TH day of January, 2007.

*/s/ Elizabeth A. Dinan*
Elizabeth Dinan
Deputy Clerk

D.I. #_____

## CIVIL ACTION
## NUMBER: 07-33

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| Registered No. RB858312425US | | Date Stamp |
|---|---|---|
| Reg. Fee | $7.90 | |
| Handling Charge | $0.00 | Return Receipt $1.85 |
| Postage | $7.75 | Restricted Delivery |
| Received by | | |
| Customer Must Declare Full Value $ | | With Postal Insurance / Without Postal Insurance |

OFFICIAL USE

FROM: Robert Dalleo, Clerk of the Court
US District Court
844 King Street
Wilmington, DE 19801

TO: OSS Business Services Ltd
c/o Paul Wheeler, Managing Dir.
Hatfield House 52-54 Stamford Street
London SE1 9LX United Kingdom

PS Form 3806,    Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®