IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MPEG LA LLC.,

      Plaintiff,

v.

ODS Optical Disc Services Inc.,
and ODS Business Services Ltd.,

      Defendants.

: Civil No. 07-033 UNA

### A F F I D A V I T

    I, Ronald Golden, being first duly sworn, deposed and say that pursuant to FRCvP 4(f)(2)(C)(ii), I did send on January 19, 2007 by Registered Mail to the following individuals to their respective address:

ODS Business Services, Ltd.
c/o Ray Wheeler, Managing Director
Frankland Road
Blagrove, Swindon SN5 8YG
United Kingdom

copies of Summons, a complaint, and a Magistrate consent form in the above referenced case.

                              _____
                              Ronald Golden
                              Deputy Clerk

Sworn to and subscribed before me
this 19TH day of January, 2007.

_____
Elizabeth Dinan
Deputy Clerk

D.I. #_____

# CIVIL ACTION NUMBER: 07-33

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| Registered No. RB 8583 42439 US | | Date Stamp |
|---|---|---|
| Reg. Fee $7.90 | | |
| Handling Charge $0.00 | Return Receipt | |
| Postage $7.75 | Restricted Delivery | |
| Received by | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ | With Postal Insurance / Without Postal Insurance | |

OFFICIAL USE

FROM: Peter T. Dalleo, Clerk of the Court
US District Court
844 King Street
Wilmington, DE 19801

TO: CDS Business Services Ltd
c/o Rag Wheeler, Managing Dir
Frankland Road
Bloombe, Swindon, SN5 8VU United Kingdom

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®