IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MPEG LA LLC., | : |
| Plaintiff, | : Civil No. 07-033 UNA |
| v. | : |
| ODS Optical Disc Services Inc., and ODS Business Services Ltd., | : |
| Defendants. | : |

### A F F I D A V I T

    I, Ronald Golden, being first duly sworn, deposed and say that pursuant to FRCvP 4(f)(2)(C)(ii), I did send on January 19, 2007 by Registered Mail to the following individuals to their respective address:

ODS Business Services, Ltd.
c/o Ray Wheeler, Managing Director
ODS Building, (Spectrum)
Mead Way, Westlea
Swindon, Wiltshire, SN5 7UT
United Kingdom

copies of Summons, a complaint, and a Magistrate consent form in the above referenced case.

                                                      Ronald Golden
                                                      Deputy Clerk

Sworn to and subscribed before me
this 19TH day of January, 2007.

Elizabeth Dinan
Deputy Clerk

D.I. #_____

## CIVIL ACTION
## NUMBER: 07-33

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

[Receipt for Registered Mail, PS Form 3806, handwritten:]

Registered No. RB858342442US
Reg. Fee $7.70
Handling Charge $0.00
Return Receipt $1.85
Postage $7.75
Restricted Delivery $0.00
Customer Must Declare Full Value $0.00

FROM: Mr Peter T. Dalleo, Clerk of the Court
US District Court
844 King Street
Wilmington, DE 19801

TO: CBS Business Services Ltd
c/o Tony Wheeler, Managing Dir.
CBS Building Spectrum Mead Way West Lea
Swindon, Wiltshire SN5 7UT United Kingdom