IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MPEG LA LLC.,

    Plaintiff,

v.

ODS Optical Disc Services Inc.,
and ODS Business Services Ltd.,

    Defendants.

: Civil No. 07-033 UNA

### A F F I D A V I T

I, Ronald Golden, being first duly sworn, deposed and say that pursuant to FRCvP 4(f)(2)(C)(ii), I did send on January 19, 2007 by Registered Mail to the following individuals to their respective address:

ODS Business Services, Ltd.
c/o Ray Wheeler, Managing Director
4 Woodside Terrace,
Glasgow, G3 7UY
United Kingdom

copies of Summons, a complaint, and a Magistrate consent form in the above referenced case.

*(signature)*
Ronald Golden
Deputy Clerk

Sworn to and subscribed before me
this 19TH day of January, 2007.

*(signature)*
Elizabeth Dinan
Deputy Clerk

D.I. # _____

# CIVIL ACTION NUMBER: 07-33

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| Registered No. RB858342411US | Date Stamp |
|---|---|
| Reg. Fee $7.90 | |
| Handling Charge $0.00 | Return Receipt $1.85 |
| Postage $7.75 | Restricted Delivery $0.00 |
| Received by | |
| Customer Must Declare Full Value $ | With Postal Insurance / Without Postal Insurance |

FROM: Mr Peter T. Dalleo, Clerk of the Court
US District Court
844 King Street
Wilmington, DE 19801

TO: DS Business Services Ltd
c/o Ross Wheeler, Managing Dir
4 Woodside Terrace
Glasgow G3 7UY United Kingdom

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®