# United States District Court

### District of Delaware

**MPEG LA, L.L.C.,**

    Plaintiff,

 v.

**ODS OPTICAL DISC SERVICE, INC.,**
**(f/k/a ODS BUSINESS SERVICES, INC.), and**
**ODS BUSINESS SERVICES, LTD.,**

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   07 - 33

**TO:** (Name and Address of Defendant)

ODS Optical Disc Service, Inc., (f/k/a ODS Business Services, Inc.)
c/o Corporation Service Company, Registered Agent
2711 Centerville Road, Suite 400
Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard L. Horwitz, Esq. (#2246)
David E. Moore, Esq. (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE  19899
(302) 984-6000

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO         JAN 1 7 2007
_____  _____
CLERK                 DATE

_____
BY DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 1-18-07 at 4:05pm |
| NAME OF SERVER (PRINT) Marshal Manlove | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served registered agent Corporation Service Corp 2711 Centerville Rd Wilmington DE 19808 person served Mary Drummond

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-18-07
Date

Signature of Server

Address of Server 230 Market St
Wilmington DE
19801

772897

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.