### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

MPEG LA, L.L.C.,

        Plaintiff,

    v.

ODS OPTICAL DISC SERVICES, INC.,
(f/k/a ODS BUSINESS SERVICES, INC.),
and ODS BUSINESS SERVICES, LTD.

        Defendants.

C.A. No. 07-33

**JURY TRIAL DEMANDED**

---

### ODS OPTICAL DISC SERVICES, INC.'S AND ODS BUSINESS SERVICES, LTD.'S
### MOTION TO DISMISS

Defendants ODS OPTICAL DISC SERVICES, INC. and ODS BUSINESS SERVICES,

LTD. hereby move pursuant to Fed. R. Civ. P. 12(b)(1), 12 (b)(2) and 12(b)(6) to dismiss the

Complaint filed in this action because: (i) plaintiff has failed to state a Lanham Act claim; (ii)

the Court lacks subject matter jurisdiction over the remaining claims; and (iii) ODS Business

Services, LTD. is not subject to personal jurisdiction in Delaware.

The support for this motion is more fully set forth in Defendants' opening brief filed

contemporaneously herewith.

FISH & RICHARDSON P.C.

Cathy L. Reese (#2838)
Stamatios Stamoulis (#4606)
Kyle W. Compton (#4693)
919 North Market Street, 11th Floor
P.O. Box 1114
Wilmington, DE  198899-1114
(302) 652-5070

*Attorneys for Defendants*

Dated:  February 6, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MPEG LA, L.L.C., | |
| Plaintiff, | |
| v. | C.A. No. 07-33 |
| ODS OPTICAL DISC SERVICES, INC., (f/k/a ODS BUSINESS SERVICES, INC.), and ODS BUSINESS SERVICES, LTD. | **JURY TRIAL DEMANDED** |
| Defendants. | |

## ORDER

For the reasons set forth in the memorandum Opinion issued on this date,

IT IS HEREBY ORDERED that Defendants ODS OPTICAL DISC SERVICES, INC.

and ODS BUSINESS SERVICES, LTD. motion to dismiss is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

Dated:
Wilmington, Delaware