IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MPEG LA, L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-33-SLR |
| | ) |
| ODS OPTICAL DISC SERVICE, INC., | ) **JURY TRIAL DEMANDED** |
| (f/k/a ODS BUSINESS SERVICES, INC.), and | ) |
| ODS BUSINESS SERVICES, LTD. | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

WHEREAS, plaintiff, MPEG LA, L.L.C ("MPEG") and defendants ODS Optical Disc Service, Inc. (f/k/a ODS Business Services, Inc.) and ODS Business Services, Ltd. ("ODS") (collectively, the "Parties") have agreed in principle to settle this matter; and

WHEREAS, the Parties are in the process of drafting a settlement agreement;

NOW THEREFORE, the Parties hereby stipulate, through their undersigned counsel, subject to the approval of the Court that MPEG's time to file its Answering Brief in Opposition to ODS's Motion to Dismiss (D.I. 15) shall be extended to March 15, 2007.

| POTTER ANDERSON & CORROON LLP | GREENBERG TRAURIG, LLP |
|---|---|
| By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Plaintiff MPEG LA, L.L.C.* | By: /s/ Cathy L. Reese<br>Cathy L. Reese (#2838)<br>The Nemours Building<br>1007 North Orange Street,<br>Suite 1200<br>Wilmington, DE 19801<br>Tel: (302) 778-8467<br>reese@fr.com<br><br>*Attorneys for Defendants<br>ODS Optical Disc Service, Inc.,<br>(f/k/a ODS Business Services, Inc.), and<br>ODS Business Services, Ltd.* |

SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

776797/31121