IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MPEG LA, L.L.C., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 07-33-SLR ) |
| ODS OPTICAL DISC SERVICE, INC., (f/k/a ODS BUSINESS SERVICES, INC.), and ODS BUSINESS SERVICES, LTD. | ) **JURY TRIAL DEMANDED** ) ) ) |
| Defendants. | ) ) |

## STIPULATED ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff MPEG LA, L.L.C. ("MPEG LA") and defendants ODS Optical Disc Services, Inc. (f/k/a ODS Business Services, Inc.) and ODS Business Services, Ltd. (collectively, "ODS"), the parties hereto, by their undersigned counsel, and subject to the approval of the Court, stipulate to the dismissal of the above-captioned action with prejudice.

Notwithstanding anything in the foregoing paragraph, if ODS or any related ODS entity named on page one of the Settlement Agreement executed by ODS Optical Disc Service GmbH on February 16, 2007, breaches any provision of that Settlement Agreement or the MPEG-2 Patent Portfolio License executed the same day, MPEG LA shall have the right to re-file this action and ODS shall have the right to bring any and all defenses and/or counterclaims in response to MPEG LA claiming a breach and reinstituting suit. In the event MPEG LA re-files this action because of a breach of the Settlement Agreement or the MPEG-2 Patent Portfolio License, this Stipulated Order of Dismissal shall have no preclusive effect.

The parties will each bear their own costs, expenses and attorneys' fees in connection with the above-captioned case.

| POTTER ANDERSON & CORROON LLP | FISH & RICHARDSON P.C. |
|---|---|

By: */s/ Richard L. Horwitz*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

OF COUNSEL:

Garrard R. Beeney
Alexis M. DeVane
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498
(212) 558-4000

*Attorneys for Plaintiff*
*MPEG LA, L.L.C.*

779944 / 31121

By: */s/ Cathy L. Reese*
    Cathy L. Reese (#2838)
    Stamatios Stamoulis (#4606)
    Kyle W. Compton (#4693)
    919 n. Market Street, 11th Floor
    P. O. Box 1114
    Wilmington, DE 19899-1114
    Tel: (302) 652-5070
    reese@fr.com
    stamoulis@fr.com
    kcompton@fr.com

*Attorneys for Defendants*
*ODS Optical Disc Service, Inc.,*
*(f/k/a ODS Business Services, Inc.), and*
*ODS Business Services, Ltd.*

IT IS SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge